**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 3, 2022.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-21-00495-CV**

---

**IN RE CHEFS' PRODUCE OF HOUSTON, INC., AND MARIO ALBERTO RANGEL, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-48529**

---

## MEMORANDUM OPINION

On September 2, 2021, relators Chefs' Produce of Houston, Inc., and Mario Alberto Rangel filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Mike Englehart, presiding judge of the 151st District Court of Harris County, to vacate the trial court's July 27, 2020, Order

granting Plaintiff's Motion to Strike and the trial court's July 19, 2021, Order denying Defendants' Motion for Reconsideration.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.  (Justice Wise would grant the petition).